

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2020

No. 04-20-00106-CV

**SINKIN & BARRETTO, PLLC** and Stephanie Bandoske,
Appellant

v.

Martha **MCCRACKEN** and Cohesion Properties, LTD.,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00637
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on February 28, 2020. *See* TEX. R. APP. P. 35.1(b). On the due date, court reporter Blanca Espericueta filed a notification of late record. She indicated her other duties have precluded her from working on the record, and she requested an extension of time to file the reporter's record until March 9, 2020.

The request is GRANTED. The reporter's record is due on March 9, 2020. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2020.

MICHAEL A. CRUZ,
Clerk of Court